UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**MICHAEL ADAMS**, individually,

                                 Case No. 2016-cv-04671-LDH-RML

      **Plaintiff,**

v.

**ACTION BURGER INC. d/b/a ACTION BURGER**, a New York for profit business entity, and **T.A.M. & N. REALTY, LLC,** a New York for profit business entity,

      **Defendants.**
_____

### NOTICE OF SETTLEMENT AND MOTION SEEKING ADJOURNMENT OF CONFERENCE ON FRIDAY, JANUARY 24, 2017

    Plaintiff MICHAEL ADAMS, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and all other applicable statutes, regulations, and legal authorities, as well as this Court's inherent authority, hereby provides this honorable Court with Notice of Settlement of all claims in their entirety thus making conference set for January 24, 2017, unnecessary.

    The Parties' intend on finalizing their settlement and related documents to this Court within forty-five (45) days of the filing of the instant notice.

Respectfully submitted on January 9, 2017.

By: /s/ Tara Demetriades  /s /

Tara Demetriades, Esq.

New York Bar No. 4185666

ADA Accessibility Associates

2076 Wolver Hollow Road

Oyster Bay, New York 11771

E: TDemetriades@Aol.com

T: (516) 595-5009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Settlement has been served via the Court's CM/ECF filing system upon all parties of record on January 9, 2017.

By:  /s/ **Tara Demetriades**
Tara Demetriades, Esq.
New York Bar No. 4185666