

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

MICHAEL ADAMS, individually,

Case No. 2016-cv-04671-LDH-RML

Plaintiff,

v.

ACTION BURGER INC. d/b/a
ACTION BURGER, a New York for
profit business entity, and T.A.M. & N.
REALTY, LLC, a New York for profit
business entity,

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of
the Federal Rules of Civil Procedure, by and among the undersigned counsel, that
whereas no party hereto is an infant or incompetent person for whom committee has
been appointed or conservatee and no person not a party has an interest in this subject
matter of the action, that the above entitled action be dismissed *with prejudice*,
without costs and attorney's fees to either party as against the other and that each
party waives all rights of appeal with respect to such dismissal.

Case 1:16-cv-04671-LDH-RML  Document 12  Filed 01/31/17  Page 2 of 2 PageID #: 49

Case 1:16-cv-04671-LDH-RML  Document 11  Filed 01/26/17  Page 2 of 2 PageID #: 47
Jan.25.2017 12:09 AM  Castaldo Home Office       5168265330          PAGE.   2/  2

Respectfully submitted on January 24, 2017.

By: _____          By: _____
Tara Demetriades, Esq.                   Vlane Carter, Esq.
Counsel for Plaintiff
New York Bar. No. 4158666
ADA Accessibility Associates
1076 Wolver Hollow Road
Oyster Bay, NY 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

                                        So Ordered

By: _____
Antonio Tulino, Esq.                     s/ LaShann DeArcy Hall

                                        _____
                                        LaShann DeArcy Hall
                                        United States District Judge


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation for Dismissal has

been served via the Court's CM/ECF filing system upon all parties of record on

January 24, 2017.

                    By: /s/ Tara Demetriades
                    Tara Demetriades, Esq.
                    New York Bar No. 4185666

                    ADA Accessibility Associates
                    2076 Wolver Hollow Road
                    Oyster Bay, New York 11771
                    E: TDemetriades@Aol.com
                    T: (516) 595-5009